```
PAUL ANTHONY TROTTER, JR     KIKOFF
78 RED HILL CHURCH RD        ATTN: BANKRUPTCY
LUMBERTON, MS 39455          75 BROADWAY  SUITE 226
                             SAN FRANSICO, CA 94111


THOMAS C. ROLLINS, JR.       PERPAY INC
THE ROLLINS LAW FIRM, PLLC   ATTN: BANKRUPTCY
P.O. BOX 13767               2400 MARKET STREET
JACKSON, MS 39236            SUITE 300
                             PHILADELPHIA, PA 19103


ALICE TROTTER                PERPAYINC
24481 MARINA ST
SAUCIER, MS 39574



CASHNET USA                  TILT
175 W JACKSON                9169 W STATE ST #499
STE 1000                     GARDEN CITY, ID 83714
CHICAGO, IL 60604



CHIME                        VERIZON WIRELESS
ATTN: BANKRUPTCY             ATTN: BANKRUPTCY DEPT
101 CALIFORNIA STREET        P.O.BOX 408
SUITE 500                    NEWARK, NJ 07101
SAN FRANCISCO, CA 94111

DAVE
265 S COCHRAN AVE
LOS ANGELES, CA 90019



FINFIT
272 BENDIX RD #525
VIRGINIA BEAC, VA 23452



FORREST GENERAL HOSP
6051 MS HWY 49
HATTIESBURG, MS 39401



KEESLER FCU
ATTN: BANKRUPTCY DEPT
P.O.BOX 7001
BILOXI, MS 39531
```