United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                          Case No. 26-50397-KMS

Paul Anthony Trotter, Jr                                                        Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                          User: mssbad                          Page 1 of 2

Date Rcvd: Apr 06, 2026                       Form ID: n023                         Total Noticed: 12

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul Anthony Trotter, Jr, 78 Red Hill Church Rd, Lumberton, MS 39455-5676 |
| 5636725 | + | Alice Trotter, 24481 Marina St, Saucier, MS 39574-7519 |
| 5636728 | | Dave, 265 S Cochran Ave, Los Angeles, CA 90019 |
| 5636730 | | Forrest General Hosp, 6051 MS Hwy 49, Hattiesburg, MS 39401 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5636726 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Apr 06 2026 19:29:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5636727 | + | Email/Text: omx-bnc-bk-notices@chime.com | Apr 06 2026 19:29:00 | Chime, Attn: Bankruptcy, 101 California Street, Suite 500, San Francisco, CA 94111-3580 |
| 5636729 | + | Email/Text: bankruptcynotifications@finfit.com | Apr 06 2026 19:29:00 | FinFit, 272 Bendix Rd #525, Virginia Beac, VA 23452-1394 |
| 5636731 | + | Email/Text: melissa.martin@kfcu.org | Apr 06 2026 19:29:00 | Keesler FCU, Attn: Bankruptcy Dept, P.O.Box 7001, Biloxi, MS 39534-7001 |
| 5636732 | + | Email/Text: bankruptcy@kikoff.com | Apr 06 2026 19:29:00 | Kikoff, Attn: Bankruptcy, 75 Broadway Suite 226, San Fransico, CA 94111-1458 |
| 5636733 | | Email/Text: bankruptcy@perpay.com | Apr 06 2026 19:29:00 | Perpay Inc, Attn: Bankruptcy, 2400 Market Street, Suite 300, Philadelphia, PA 19103 |
| 5636735 | + | Email/Text: operations@tilt.com | Apr 06 2026 19:29:00 | Tilt, 9169 W State St #499, Garden City, ID 83714-1733 |
| 5636736 | + | EDI: VERIZONCOMB.COM | Apr 06 2026 23:24:00 | Verizon Wireless, Attn: Bankruptcy Dept, P.O.Box 408, Newark, NJ 07101-0408 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5636734 | | Perpayinc |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0538-6                 User: mssbad                          Page 2 of 2
Date Rcvd: Apr 06, 2026              Form ID: n023                         Total Noticed: 12

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2026               Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Thomas Carl Rollins, Jr | on behalf of Debtor Paul Anthony Trotter  Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Zachary S Wessler, Sr | chapter7trustee@wesslerlawgroup.com meredith@symmesestes.com;MS17@ecfcbis.com;Wessler.ZacharyR140624@notify.bestcase.com |

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI**

**In re:**                                                                 **Case No.:** 26−50397−KMS

Paul Anthony Trotter Jr                                          **Chapter** 7
aka Paul A Trotter Jr
78 Red Hill Church Rd
Lumberton, MS 39455

Social Security/ Individual Taxpayer ID/ Employer Tax ID/ Other Nos.:
xxx−xx−7743

**Debtor*

**NOTICE OF NEED TO FILE PROOF OF CLAIM
DUE TO RECOVERY OF ASSETS**

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before  **July 6, 2026**.

Creditors who do not file a proof of claim on or before the date might not share in any distribution from the debtor's estate.

A proof of claim form (Official Form 410) may be obtained at www.uscourts.gov or any bankruptcy clerk's office. The proof of claim may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of the proof of claim or you may access the court's PACER system (Public Access to Court Electronic Records) at www.pacer.gov to view your filed proof of claim.

There is no fee for filing a claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Address of the Bankruptcy Court:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Date: 4/6/26                                         Danny L. Miller, Clerk of Court

---

*Set forth all names, including trade names, used by the debtor within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

Form n023 Rev. 12/15 (B2040)