Certificate Number: 17082-MSS-DE-041056581

Bankruptcy Case Number: 26-50397



17082-MSS-DE-041056581

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 4, 2026, at 10:46 o'clock AM MST, PAUL A TROTTER Jr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:  June 4, 2026                    By:     /s/Orsolya K Lazar

                                       Name:   Orsolya K Lazar

                                       Title:  Executive Director