**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

| | | |
|---|---|---|
| In re: Paul Anthony Trotter, Jr | § | Case No. 26-50397 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 03/12/2026. The undersigned trustee was appointed on 03/12/2026.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of $ 4,110.97

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 4,110.97 |

The remaining funds are available for distribution.

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/06/2026 and the deadline for filing governmental claims was 09/08/2026. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $107.16. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $107.16, for a total compensation of $107.16[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $38.92 for total expenses of $38.92[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/21/2026

By: /s/ Zachary S. Wessler, Sr.
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit A
Page: 1

**Case No.:** 26-50397
**Case Name:** Paul Anthony Trotter, Jr

**For Period Ending:** 09/21/2026

**Trustee Name:** (440130) Zachary S. Wessler, Sr.
**Date Filed (f) or Converted (c):** 03/12/2026 (f)
**§ 341(a) Meeting Date:** 04/14/2026
**Claims Bar Date:** 07/06/2026

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2019 Kia Soul, 158257 miles<br>2019 Kia Soul, 158257 miles. Entire property value: $11,581.00 | 11,581.00 | 0.00 | | 0.00 | FA |
| 2 | Household Goods<br>Household Goods | 270.00 | 0.00 | | 0.00 | FA |
| 3 | Electronics<br>Electronics | 750.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing<br>Clothing | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Pets<br>Pets | 30.00 | 0.00 | | 0.00 | FA |
| 6 | Cash<br>Cash | 10.00 | 0.00 | | 0.00 | FA |
| 7 | Savings: KFCU<br>Savings: KFCU | 20.00 | 20.00 | | 0.00 | FA |
| 8 | Checking: Chime<br>Checking: Chime | 148.51 | 148.51 | | 0.00 | FA |
| 9 | Savings: Chime<br>Savings: Chime | 1,032.60 | 1,032.60 | | 0.00 | FA |
| 10 | Credit Builder: Chime<br>Credit Builder: Chime | 0.00 | 0.00 | | 0.00 | FA |
| 11 | MyPay: Chime<br>MyPay: Chime | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Checking: Current<br>Checking: Current | 20.00 | 20.00 | | 0.00 | FA |
| 13 | Savings: Current<br>Savings: Current | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Deposits of money: CashApp<br>Deposits of money: CashApp | 19.00 | 19.00 | | 0.00 | FA |
| 15 | Deposits of money: Venmo<br>Deposits of money: Venmo | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Deposits of money: PayPal<br>Deposits of money: PayPal | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Deposits of money: ApplePay<br>Deposits of money: ApplePay | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Ret. or Pension Acct.: 401(k)<br>Ret. or Pension Acct.: 401(k) | 4,920.65 | 0.00 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit A
Page: 2

**Case No.:** 26-50397
**Case Name:** Paul Anthony Trotter, Jr

**For Period Ending:** 09/21/2026

**Trustee Name:** (440130) Zachary S. Wessler, Sr.
**Date Filed (f) or Converted (c):** 03/12/2026 (f)
**§ 341(a) Meeting Date:** 04/14/2026
**Claims Bar Date:** 07/06/2026

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | Federal Tax Refund: Federal<br>Federal Tax Refund: Federal | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 20 | State Tax Refund: Federal<br>State Tax Refund: Federal | 5,000.00 | 0.00 | | 0.00 | FA |
| 21 | EIC: Federal<br>EIC: Federal | 5,000.00 | 0.00 | | 0.00 | FA |
| 22 | Int. in Ins. policies: Life Insurance - no cash value<br>Int. in Ins. policies: Life Insurance - no cash value | 0.00 | 0.00 | | 0.00 | FA |
| 23 | Garnishment Preference Refund (u) | 0.00 | 0.00 | | 4,110.97 | 0.00 |
| **23** | **Assets Totals (Excluding unknown values)** | **$33,851.76** | **$6,240.11** | | **$4,110.97** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 04/14/2027

**Current Projected Date Of Final Report (TFR):** 04/14/2027

09/21/2026
Date

/s/Zachary S. Wessler, Sr.
Zachary S. Wessler, Sr.

# Form 2
# Cash Receipts And Disbursements Record

**Exhibit B**
Page: 1

| | | | |
|---|---|---|---|
| **Case No.:** | 26-50397 | **Trustee Name:** | Zachary S. Wessler, Sr. (440130) |
| **Case Name:** | Paul Anthony Trotter, Jr | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***1940 | **Account #:** | ******6154 Checking |
| **For Period Ending:** | 09/21/2026 | **Blanket Bond (per case limit):** | $25,377,082.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/13/26 | {23} | The Rollins Law Firm, PLLC | Garnishment Preference Refund | 1241-000 | 4,110.97 | | 4,110.97 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | **4,110.97** | **0.00** | **$4,110.97** |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | **4,110.97** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,110.97** | **$0.00** | |

# Form 2
# Cash Receipts And Disbursements Record

Exhibit B
Page: 2

| | | | |
|---|---|---|---|
| **Case No.:** | 26-50397 | **Trustee Name:** | Zachary S. Wessler, Sr. (440130) |
| **Case Name:** | Paul Anthony Trotter, Jr | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***1940 | **Account #:** | ******6154 Checking |
| **For Period Ending:** | 09/21/2026 | **Blanket Bond (per case limit):** | $25,377,082.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $4,110.97 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $4,110.97 |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCES** |
|---|---|---|---|
| ******6154 Checking | $4,110.97 | $0.00 | $4,110.97 |
| | **$4,110.97** | **$0.00** | **$4,110.97** |

# Exhibit C
# Claims Distribution Register

**Case: 26-50397 Paul Anthony Trotter, Jr**

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 04/13/26 | 200 | Zachary S. Wessler, Sr.<br>1806 23rd Avenue<br>Suite A<br>Gulfport, MS 39501<br><2100-00 Trustee Compensation> | $ 107.16 | $ 107.16 | $ 0.00 | $ 107.16 | $ 107.16 |
| | 09/21/26 | 200 | Zachary S. Wessler, Sr.<br>1806 23rd Avenue<br>Suite A<br>Gulfport, MS 39501<br><2200-00 Trustee Expenses> | $ 38.92 | $ 38.92 | $ 0.00 | $ 38.92 | $ 38.92 |
| | Total for Priority 200: | | 100% Paid | $ 146.08 | $ 146.08 | $ 0.00 | $ 146.08 | $ 146.08 |
| | | | Total for Admin Ch. 7 Claims: | $ 146.08 | $ 146.08 | $ 0.00 | $ 146.08 | $ 146.08 |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 05/05/26 | 610 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-00 General Unsecured - § 726(a)(2)> | $ 164.35 | $ 164.35 | $ 0.00 | $ 164.35 | $ 164.35 |
| 2 | 05/05/26 | 610 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-00 General Unsecured - § 726(a)(2)> | $ 111.39 | $ 111.39 | $ 0.00 | $ 111.39 | $ 111.39 |
| | Total for Priority 610: | | 100% Paid | $ 275.74 | $ 275.74 | $ 0.00 | $ 275.74 | $ 275.74 |
| 1I | 09/21/26 | 640 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7990-00 Surplus Case Interest on Unsecured Claims (including priority)> | N/A | $ 4.06 | $ 0.00 | $ 4.06 | $ 4.06 |
| 2I | 09/21/26 | 640 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7990-00 Surplus Case Interest on Unsecured Claims (including priority)> | N/A | $ 2.75 | $ 0.00 | $ 2.75 | $ 2.75 |
| | Total for Priority 640: | | 100% Paid | $ 0.00 | $ 6.81 | $ 0.00 | $ 6.81 | $ 6.81 |

# Exhibit C
## Claims Distribution Register

**Case: 26-50397 Paul Anthony Trotter, Jr**

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| SURPLUS | 09/21/26 | 650 | Trotter, Paul Anthony, Jr<br>78 Red Hill Church Rd<br>Lumberton, MS 39455<br><8200-00 Surplus Funds Paid to Debtor § 726(a)(6)> | $ 0.00 | $ 3,682.34 | $ 0.00 | $ 3,682.34 | $ 3,682.34 |
| | | | Total for Priority 650: 100% Paid | $ 0.00 | $ 3,682.34 | $ 0.00 | $ 3,682.34 | $ 3,682.34 |
| | | | Total for Unsecured Claims: | $ 275.74 | $ 3,964.89 | $ 0.00 | $ 3,964.89 | $ 3,964.89 |
| | | | Total for Case: | $ 421.82 | $ 4,110.97 | $ 0.00 | $ 4,110.97 | $ 4,110.97 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 26-50397
Case Name: Paul Anthony Trotter, Jr
Trustee Name: Zachary S. Wessler, Sr.

**Balance on hand:** $ 4,110.97

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 4,110.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Zachary S. Wessler, Sr. | 107.16 | 0.00 | 107.16 |
| Trustee, Expenses - Zachary S. Wessler, Sr. | 38.92 | 0.00 | 38.92 |

Total to be paid for chapter 7 administrative expenses: $ 146.08
Remaining balance: $ 3,964.89

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,964.89

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 3,964.89 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $275.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Ashley Funding Services, LLC | 164.35 | 0.00 | 164.35 |
| 2 | Ashley Funding Services, LLC | 111.39 | 0.00 | 111.39 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 275.74 |
| Remaining balance: | $ | 3,689.15 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 3,689.15 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 3,689.15 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 3.56% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $6.81. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $3,682.34.