Label Matrix for local noticing
0538-6
Case 26-50397-KMS
Southern District of Mississippi
Gulfport-6 Divisional Office
Tue Sep 22 13:58:12 CDT 2026

Keesler Federal Credit Union
c/o Robert Alan Byrd
P.O. Box 1939
Biloxi, MS 39533-1939

U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501-2036

Alice Trotter
24481 Marina St
Saucier, MS 39574-7519

Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

CashNet USA
175 W Jackson
Ste 1000
Chicago, IL 60604-2863

Chime
Attn: Bankruptcy
101 California Street
Suite 500
San Francisco, CA 94111-5802

Dave
265 S Cochran Ave
Los Angeles, CA 90019

FinFit
272 Bendix Rd #525
Virginia Beac, VA 23452-1394

Forrest General Hosp
6051 MS Hwy 49
Hattiesburg, MS 39401

Keesler FCU
Attn: Bankruptcy Dept
P.O.Box 7001
Biloxi, MS 39534-7001

Kikoff
Attn: Bankruptcy
75 Broadway Suite 226
San Fransico, CA 94111-1458

(p)PERPAY INC
ATTN CONOR HORAN
2400 MARKET STREET SUITE 300
PHILADELPHIA PA 19103-3033

Tilt
9169 W State St #499
Garden City, ID 83714-1733

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

Verizon Wireless
Attn: Bankruptcy Dept
P.O.Box 408
Newark, NJ 07101-0408

Paul Anthony Trotter Jr
78 Red Hill Church Rd
Lumberton, MS 39455-5676

Thomas Carl Rollins Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

Zachary S Wessler Sr
1806 23rd Avenue, Suite A
Gulfport, MS 39501-2963

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Perpay Inc
Attn: Bankruptcy
2400 Market Street
Suite 300
Philadelphia, PA 19103

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Perpayinc

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 18 |
| Bypassed recipients | 1 |
| Total | 19 |