**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 23, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

**IN RE: PAUL ANTHONY TROTTER** **CASE NO. 26-50397**

**DEBTOR(S)** **CHAPTER 7**

# ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT OF ADMINISTRATION OF ESTATE, REPORT OF RECEIPTS AND DISBURSEMENTS, APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES, AND NOTICE OF PROPOSED DISTRIBUTION [DKT. NO 25]

**THIS DAY** this cause came before this Court on the Trustee's *Final Report and Account of Administration of Estate, Report of Receipts and Disbursements, Application for Compensation and Notice of Proposed Distribution*, in the above-styled proceeding; and the Court having fully reviewed the same finds that said Final Report should be approved.

**IT IS, THEREFORE, ORDERED** that the Trustee's *Final Report and Account of Administration of Estate, Report of Receipts and Disbursements, Application for Compensation and Notice of Proposed Distribution* is hereby approved, and the Trustee is hereby authorized and directed to distribute the funds of the estate as follows:

| Name of Party: | Description | Amount: |
|---|---|---|
| Administrative Expenses: | | |
| ZACHARY S. WESSLER, SR. | Trustee Compensation | 107.16 |
| ZACHARY S. WESSLER, SR. | Trustee Expenses | 38.92 |
| ZACHARY S. WESSLER, SR., ESQ | Attorney for Trustee Fees | 0.00 |
| **TOTAL Administrative Expenses** | | **146.08** |

Priority Unsecured Claims:

| | | |
|---|---|---|
| **TOTAL Priority Unsecured Claims** | | **0.00** |
| Unsecured Claims: | | |
| Trotter, Paul Anthony, Jr | SURPLUS | 3,682.34 |
| Ashley Funding Services, LLC | 1I | 4.06 |
| Ashley Funding Services, LLC | 1 | 164.35 |
| Ashley Funding Services, LLC | 2I | 2.75 |
| Ashley Funding Services, LLC | 2 | 111.39 |
| **TOTAL Unsecured Claims** | | **3,964.89** |
| **TOTAL Funds to be Disbursed** | | **4,110.97** |

**IT IS FURTHER ORDERED** that the Trustee shall make all disbursements authorized herein within ten (10) days of the entry of this Order becoming final and non-appealable.

**IT IS FURTHER ORDERED** that within ninety (90) days after distribution of estate funds the Trustee shall stop payment on any check remaining unpaid and any remaining property of the estate shall be paid into the Court and disposed of under Chapter 129 of Title 28.

**IT IS FURTHER ORDERED** that within 125 days of the entry of this Order the Trustee will provide to the United States Trustee the Trustee's Distribution Report in accordance with the policy and procedures of the Office of the United States Trustee.

**##END OF ORDER##**

Order prepared and submitted by:

ZACHARY S. WESSLER, SR.
**CHAPTER 7 TRUSTEE**
1806 23rd Avenue, Suite A
Gulfport, MS 39501